UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

_____
                                    :
**SOUTHERN OHIO MEDICAL CENTER** :
1248 Kinneys Lane                   :
Portsmouth, Ohio 45662              :
                                    :
      Plaintiff,               :   Case No:
                                    :
      v.                       :
                                    :
**MICHAEL O. LEAVITT, Secretary of the** :
**United States Department of Health and** :
**Human Services**                  :
200 Independence Avenue, S.W.       :
Washington, D.C. 20201              :
                                    :
      Defendant.               :
_____ :

## LCVR 26.1 CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

    I, Jacqueline E. Bennett, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, there is no parent company, subsidiary, or affiliate of the Plaintiff, which has outstanding securities in the hands of the public.

    These representations are made in order that judges of this Court may determine the need for recusal.

                    Respectfully submitted,

                    */s/ Jacqueline E. Bennett*
                    Murray J. Klein
                    DC Bar #492415
                    Jacqueline E. Bennett
                    DC Bar #474355
                    **REED SMITH LLP**
                    1301 K Street, N.W.
                    Suite 1100 – East Tower
                    Washington, DC  20005
                    (202) 414-9200
                    (202) 414-9299 facsimile
                    JBennett@ReedSmith.com
                    MKlein@ReedSmith.com

Dated: February 6, 2006