| COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X
☐ Agent
☐ Addressee

1. Article Addressed to:

Alberto R. Gonzales
Attorney General of the United States
Department of Justice
950 Pennsylvania Ave., SW
Washington, DC 20530

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

FEB 13 2006

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7004 2890 0000 6902 5468

PS Form 3811, March 2001    Domestic Return Receipt    102595-01-M-1424