# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

**SOUTHERN OHIO MEDICAL CENTER**
1248 Kinneys Lane
Portsmouth, Ohio 45662

      Plaintiff,

v.

**MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services**
200 Independence Avenue, S.W.
Washington, D.C. 20201

      Defendant.

Case No: 1:06-cv-00205 (RWR)

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

> Michael O. Leavitt
> United States Department of
> Health and Human Services
> 200 Independence Avenue, S.W.
> Washington, D.C. 20201
> SERVED: February 13, 2006

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

-2-

        Respectfully submitted,


        _/s/ Murray J. Klein_____
        Murray J. Klein
        DC Bar #492415
        Jacqueline E. Bennett
        DC Bar #474355
        **REED SMITH LLP**
        1301 K Street, N.W.
        Suite 1100 – East Tower
        Washington, DC  20005
        (202) 414-9200
        (202) 414-9299 facsimile
        JBennett@ReedSmith.com
        MKlein@ReedSmith.com


        Attorneys for Plaintiff

Dated: February 23, 2006