# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SOUTHERN OHIO MEDICAL CENTER**<br>1248 Kinneys Lane<br>Portsmouth, Ohio 45662<br><br>        Plaintiff,<br><br>        v.<br><br>**MICHAEL O. LEAVITT, Secretary of the**<br>**United States Department of Health and**<br>**Human Services**<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201<br><br>        Defendant. | Case No: 1:06-cv-00205 (RWR) |

## PROOF OF SERVICE

I hereby certify that I caused a copy of Plaintiffs' Complaint, Summons and related papers to be delivered via United States certified mail to:

> Kenneth L. Wainstein
> United States Attorney
> Department of Justice
> 555 4th St., N.W.
> Washington, D.C. 20530
> SERVED: February 13, 2006

Attached hereto as Exhibit A is a copy of the United States Postal Service Domestic Return Receipt as Proof of Service.

-2-

        Respectfully submitted,


        _/s/ Murray J. Klein_____
        Murray J. Klein
        DC Bar #492415
        Jacqueline E. Bennett
        DC Bar #474355
        **REED SMITH LLP**
        1301 K Street, N.W.
        Suite 1100 – East Tower
        Washington, DC  20005
        (202) 414-9200
        (202) 414-9299 facsimile
        JBennett@ReedSmith.com
        MKlein@ReedSmith.com


        Attorneys for Plaintiff

Dated: February 23, 2006