# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN OHIO MEDICAL CENTER,       )<br>          Plaintiff,                                            )<br>                                                                 )<br>          v.                                                     )<br>                                                                 )<br> MICHAEL O. LEAVITT,                               )<br> Secretary, United States Department of   )<br> Health and Human Services,                    )<br>                                                                 )<br>          Defendant.                                       ) | Civ. Action No. 1:06-0205 (RWR)<br> ECF |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

Respectfully submitted,

s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

s/
_____
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney, Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

   I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been hand delivered by City Express, this 17th day of April, 2006, addressed to:

Murray J. Klein
Jacqueline E. Bennett
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005

     s/
_____
Peter S. Smith
Assistant United States Attorney