IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN OHIO MEDICAL CENTER )<br>)<br>)<br>       Plaintiff,       )<br>)<br>  v.                        )<br>)<br>MICHAEL O. LEAVITT,     )<br>Secretary, United States Department of  )<br>Health and Human Services,     )<br>)<br>       Defendant.      )<br>_____) | Civil No. 06-0205 (GK) |

**DEFENDANT'S CONSENT MOTION TO SET A BRIEFING SCHEDULE
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Fed. R. Civ. P. 7(b), Defendant Michael O. Leavitt, Secretary of Health and Human Services, hereby moves the Court to set a briefing schedule in this Administrative Procedure Act (APA) case. A proposed order consistent with this Motion is attached.

In support of this Motion, Defendant states as follows:

1. This case is brought under the 42 U.S.C. § 1395oo(f)(1) by the Plaintiff challenging a decision of the Secretary dismissing Plaintiff's appeal to the PRRB for lack of jurisdiction. Compl. at 2.

2. Plaintiffs also challenges the Secretary's failure to include days attributable to the State of Ohio's Hospital Care Assurance Program ("HCAP") as days eligible for medical assistance under a State plan in the calculation of the Medicare Disproportionate Share payments to Plaintiff. See 42 U.S.C. § 1395ww(d)(5)(F)(i)(I).

3. This case is substantially similar to Adena Regional Med. Ctr. v. Leavitt, Civ.

Action No. 05-2422 (GK). The Administrative Record in this case consists of the same set of documents as comprises the Administrative Record in Adena.

    4.    Agency counsel conferred with Plaintiff's counsel on April 24, 2006. Counsel for the Plaintiff agreed to the following briefing schedule as outlined below, and authorized agency counsel to so inform the Court:

| | |
|---|---|
| July, 24 2006 | Defendant's Dispositive Motion |
| August 23, 2006 | Plaintiff's Opposition to Defendant's Dispositive Motion |
| September 7, 2006 | Defendant's Reply to Plaintiff's Opposition to Defendant's Dispositive Motion |

    5.    As an APA case, this case can be resolved on motions. In fact, the parties' agreement to a briefing schedule for dispositive motions reflects that expectation.

### Conclusion

Defendant respectfully requests that the Court enter the attached briefing schedule.

Respectfully submitted,

    /s/
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058


    /s/
PETER S. SMITH
Assistant United States Attorney
D.C. Bar No. 465131
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372/FAX: (202) 514-8780

|  |  |
|---|---|
| _____ | DAVID HOSKINS<br>U.S. Department of Health and Human Services<br>Office of the General Counsel<br>Centers for Medicare & Medicaid Services Division<br>330 Independence Ave., S.W., Room 5309<br>Washington, D.C.  20201<br><br>Attorneys for Defendant,<br>Michael O. Leavitt,<br>Secretary of Health and Human Services OF COUNSEL: |

PAULA M. STANNARD
Acting General Counsel

KATHLEEN H. McGUAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General
  Counsel for Litigation

United States Department of
  Health and Human Services