IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN OHIO MEDICAL CENTER )<br>  )<br>  )<br>     Plaintiff, )<br>  )<br>  v.  )<br>  )<br> MICHAEL O. LEAVITT, )<br> Secretary, United States Department of )<br> Health and Human Services, )<br>  )<br>     Defendant. )<br> _____) | Civil No. 06-0205 (GK) |

### ORDER

Upon consideration of Defendant's Motion for Entry of Briefing Schedule, it is hereby

ORDERED that the parties abide by the following schedule for briefing in this case:

| | |
|---|---|
| July, 24 2006 | Defendant's Dispositive Motion |
| August 23, 2006 | Plaintiff's Opposition to Defendant's Dispositive Motion |
| September 7, 2006 | Defendant's Reply to Plaintiff's Opposition to Defendant's Dispositive Motion |

SO ORDERED.

_____
United States District Judge

Copies to Counsel for Parties via ECF