IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN OHIO MEDICAL CENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-0205 (GK) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>DEFENDANT'S CONSENT MOTION TO ALTER THE BRIEFING SCHEDULE</u>**

Defendant Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services ("the Secretary"), by and through undersigned counsel, respectfully submits this consent motion to alter the briefing schedule. A proposed order consistent with this Motion is attached.

Good cause exists for this Motion. Defendant needs additional time for further consultation and review in order to prepare his dispositive motion.

Under the original scheduling Order, the Court established the following deadlines:

July 24, 2006        Defendant's Dispositive Motion

August 23, 2006      Plaintiff's Opposition to Defendant's Dispositive Motion

September 7, 2006    Defendant's Reply to Plaintiff's Opposition to Defendant's
                     Dispositive Motion

This Motion would alter the deadlines as follows:

August 22, 2006        Defendant's Dispositive Motion

September 21, 2006    Plaintiffs' Opposition to Defendant's Motion

October 9, 2006        Defendant's Reply to Plaintiff's Opposition to Defendant's Dispositive Motion

Pursuant to Local Rule 7(m), undersigned agency counsel conferred with counsel for plaintiff on July 17, 2006. Counsel for plaintiff agreed to the altered briefing schedule.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058


/s/
MEGAN L. ROSE
Assistant United States Attorney
NC Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780


DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services