IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN OHIO MEDICAL CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>Defendant. )<br>_____) | Civil No. 06-0205 (GK) |

## ORDER

For good cause shown, upon consideration of the entire record herein, the Court hereby GRANTS Defendant's consent motion to alter the briefing schedule and enters the following schedule:

| | |
|---|---|
| August 22, 2006 | Defendant's Dispositive Motion |
| September 21, 2006 | Plaintiffs' Opposition to Defendant's Motion |
| October 9, 2006 | Defendant's Reply to Plaintiff's Opposition to Defendant's Dispositive Motion |

DATED:

_____
UNITED STATES DISTRICT JUDGE