**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHERN OHIO MEDICAL CENTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV00205 (GK) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S CONSENT MOTION
FOR ENLARGEMENT OF BRIEFING SCHEDULE**

Defendant Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services ("the Secretary"), by and through the undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to extend the briefing schedule in this case. Specifically, Defendant requests that the deadline for filing its dispositive motion be extended 30 days. This is Defendant's second request for an enlargement of time. Plaintiff, through counsel, has graciously consented to this motion.

This enlargement of time is sought because additional time is needed for the undersigned counsel to confer and coordinate Defendant's response. Although counsel have worked diligently on the preparation of Defendant's motion, counsel will be unable to complete Defendant's response and obtain the necessary consultation and supervisory review prior to the current deadline. The additional time requested will allow the coordination of various schedules during the month of August, including the accommodation of previously scheduled leave, the

press of other deadlines in counsel's heavy caseload, and work related travel. The Assistant United States Attorney assigned to this case, Megan Rose, will be out of the office from August 16 until August 28, 2006. Upon her return, she will need to review Defendant's motion and allow for officials within the Department of Health & Human Services and the Department of Justice to confer and review Defendant's motion. Accordingly, the 30 days sought are necessary for Defendant to complete and file its dispositive motion.

Under the current briefing schedule adopted by the Court, the Court established the following deadlines:

| | |
|---|---|
| Defendant's Dispositive Motion | August 22, 2006 |
| Plaintiff's Opposition to Defendant's Dispositive Motion | September 21, 2006 |
| Defendant's Reply to Plaintiff's Opposition | October 9, 2006 |

This Motion would alter the deadlines as follows:

| | |
|---|---|
| Defendant's Dispositive Motion/ Answer | September 21, 2006 |
| Plaintiffs' Opposition to Defendant's Motion/Answer | October 21, 2006 |
| Defendant's Reply to Plaintiffs' Opposition | November 8, 2006 |

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for filing its dispositive motion be extended to and including September 21, 2006, and that the entire briefing schedule be extended 30 days.

Respectfully submitted,

    /s/
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058


    /s/
MEGAN LINDHOLM ROSE
Assistant United States Attorney
NC Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780


DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Services Division
330 Independence Ave., S.W., Room 5309
Washington, D.C. 20201

Attorneys for Defendant,
Michael O. Leavitt,
Secretary of Health and Human Services