### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN OHIO MEDICAL CENTER  )<br>  )<br>  )<br>   Plaintiff,  )<br>  )<br>  v.  )<br>  )<br> MICHAEL O. LEAVITT,  )<br> Secretary, United States Department of  )<br> Health and Human Services,  )<br>  )<br>   Defendant.  )<br>_____ ) | Case No. 1:06CV00205 (GK) |

### ORDER

For good cause shown, and upon consideration of the entire record herein, the Court hereby GRANTS Defendant's Consent Motion for Enlargement of Briefing Schedule and enters the following briefing schedule:

| | |
|---|---|
| Defendant's Dispositive Motion/ Answer | September 21, 2006 |
| Plaintiffs' Opposition to Defendant's Motion/Answer | October 21, 2006 |
| Defendant's Reply to Plaintiff's Opposition | November 8, 2006 |

DATED: _____
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE