IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN OHIO MEDICAL CENTER     )<br>                                                                  )<br>                                                                  )<br>              Plaintiff,                                     )<br>                                                                  )<br>       v.                                                       )      Case No. 1:06CV00205 (GK)<br>                                                                  )<br>MICHAEL O. LEAVITT,                          )<br>Secretary, United States Department of  )<br>Health and Human Services,              )<br>                                                                  )<br>              Defendant.                                )<br>                                                                  ) | |

**JOINT MOTION TO STAY THE PROCEEDINGS**

Defendant Michael O. Leavitt and Plaintiff Southern Ohio Medical Center jointly move this Court for an order staying the above-captioned action pending a final non-appealable determination in the case of *Adena Regional Medical, et al. v. Leavitt*, Civil No. 0-2422 (GK) ("*Adena*"), which is also currently before this Court, or in the alternative, until the *Adena* case is otherwise dismissed. Consequently, the parties also request that the briefing schedule, adopted by this Court, be extended pending the Court's ruling on the Joint Motion To Stay.

This Motion is brought pursuant to this Court's equitable powers and discretion and is based upon the attached Memorandum of Points and Authorities, all files, records and evidence on file in this case, and upon any such matter as may be presented at any hearing on this motion.

Pursuant to Local Rule 7(m), the parties have conferred regarding the substance of this Joint Motion. A proposed order is attached.

Respectfully submitted,

    /s/
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

    /s/
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220 / FAX: (202) 514-8780

    /s/
DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., SW
Room 5309, Cohen Building
Washington, DC 20201
(202) 260-3860 / Fax: (202) 401-1405


Counsel for Defendant



    /s/
JACQUELINE E. BENNETT
DC Bar #474355
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC 20005
(202) 414-9200
(202) 414-9299 facsimile

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN OHIO MEDICAL CENTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 1:06CV00205 (GK) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE PARTIES' JOINT MOTION TO STAY THE PROCEEDINGS**

Defendant Michael O. Leavitt, Secretary, United States Department of Health and Human Services, and Plaintiff Southern Ohio Medical Center, respectfully submit this Joint Motion to Stay the Proceedings pending a final, non-appealable decision in the case of *Adena Regional Medical, et al. v. Leavitt*, Civil No. 0-2422 (GK) ("*Adena*") or, in the alternative, until *Adena* is otherwise dismissed. In addition, the parties request that the briefing schedule, adopted by this Court, be extended pending the Court's ruling on the Joint Motion To Stay.[1] As explained in detail below, *Adena* involves substantially the same primary legal issues as the present case. A final, non-appealable determination on the merits in favor of Defendant in *Adena* would moot the issue of jurisdiction in this case, which is the subject of the current briefing schedule and therefore may impact the necessity and scope of the present litigation.

---

[1] If the Court grants the instant motion, it will be unnecessary for the parties to submit briefing in this case at this time. If the Court denies the instant motion, the parties will submit a new proposed briefing schedule.

I        **PRELIMINARY STATEMENT AND BACKGROUND**

Plaintiff filed this action on December 16, 2005, challenging the determination by Defendant regarding a Medicare payment adjustment for hospitals that service a disproportionate number of low-income patients, commonly referred to as a "Medicare DSH payment." Compl., Docket Entry No. 1. In particular, Plaintiff's Complaint concerns the Secretary's dismissal of Plaintiff's administrative appeal concerning the Secretary's policy on treatment days of patients who receive benefits through the State of Ohio's Hospital Care Assurance Program ("HCAP") in determining Medicare DSH payments. The Provider Reimbursement Review Board ("PRRB") dismissed Plaintiff's appeal for lack of subject matter jurisdiction. Plaintiff's Complaint alleges that the PRRB's jurisdiction was proper and asks the Court for a remand to the Secretary for a finding on the merits of its appeal or, in the alternative, a ruling that the Secretary's policy was inconsistent with the law. Id. On April 14, 2006, the Secretary filed his Answer to Plaintiffs' Complaint, and filed the Administrative Record shortly thereafter. See Docket Entries No. 8, 10. On April 24, 2006, the parties submitted a proposed briefing schedule, which was adopted by the Court, in order to resolve the jurisdictional issue through the briefing of a dispositive motion. See Docket Entry No. 11.

At the time Plaintiff filed its Complaint, another case, *Adena Regional Medical, et al. v. Leavitt*, Civil No. 0-2422 (GK), was pending before this Court involving substantially the same substantive issue as the present case. The *Adena* case, like the case at hand, involves the same challenge by a group of Ohio hospitals to the Secretary's policy regarding HCAP days. In fact, Plaintiff's administrative appeal in this case was part of the administrative appeal in *Adena*, and the two cases (both before this Court) share the same administrative record. However, in *Adena*,

the PRRB found that it had jurisdiction over the fiscal years in question and granted the provider's request for expedited judicial review, whereas, here the PRRB found that it lacked jurisdiction. *See* Administrative Record ("A.R.") at 2-3 (granting the *Adena* plaintiffs' request for judicial review) and 13-14 (dismissing Plaintiff's appeal), Docket Entry No. 10. Therefore, the two cases differ procedurally.

Accordingly, aside from the above jurisdictional issue, Plaintiff's action in this case may be significantly impacted by a final, non-appealable order on the merits in the *Adena* case. As set forth in more detail below, a final decision on the merits in *Adena* could render the jurisdictional question in this case moot, or otherwise be instructive to the Court in the instant case. Thus, because the outcome of *Adena* may impact the necessity and scope of litigation in this Court, the parties respectfully request that this Court stay the present action until a final, non-appealable judgment is issued in *Adena* or until the *Adena* case is otherwise dismissed.

**II      ARGUMENT**

This Court has the discretion to stay the proceedings in this case pending the outcome of the *Adena* case. "A trial court has broad discretion to stay all proceedings in an action pending the resolution of independent proceedings elsewhere." *See IBT/Here Employee Representatives' Council v. Gate Gourmet Div. Americas*, 402 F. Supp. 2d 289, 292 (D.D.C. 2005) (*citing Landis v. N. Am. Co.*, 299 U.S. 248, 254, 57 S. Ct. 163 (1936)). It is an appropriate use of such discretion to stay an action when the resolution of another case will bear upon the action. *See id*. Given the connection between the present case and *Adena*, it would be a sound use of the Court's discretion to stay this case pending the resolution of *Adena.*

3

The outcome of the *Adena* case may impact the future scope and perhaps even the necessity of litigation in the present case. A final, non-appealable order in *Adena* could render the jurisdictional issue in this case moot, or could resolve the ultimate question at issue in this case – which concerns the treatment of HCAP days in determining Medicare DSH payments – and foreclose the need for the parties in this case to litigate the same issue. If the *Adena* case is resolved without the issuance of a final non-appealable order (e.g., dismissal in the Court of Appeals on procedural grounds that do not address any substantive issues), the parties in this case will submit a briefing schedule and resume litigation (if necessary). Granting a stay in this case until the HCAP days issue has been resolved in the *Adena* case issue will promote judicial economy and efficiency by ensuring that the issue is not litigated in multiple forums at the same time. *See Naegle v. Albers,* 335 F. Supp. 2d 129, 144 (D.D.C. 2005) (stating that "'litigating essentially the same issues in two separate forums is not in the interest of judicial economy or in the parties' best interests'") (internal citations omitted).

Granting a stay in this case is particularly appropriate because both parties are in agreement that a stay is warranted in light of *Adena.*

## III   CONCLUSION

Based on the foregoing, the parties respectfully request the Court to order a stay of all proceedings in this case until either a final, non-appealable order is issued in the *Adena* case or the *Adena* case is otherwise dismissed.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

_____/s/_____
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220 / FAX: (202) 514-8780

_____/s/_____
DAVID HOSKINS
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services
330 Independence Ave., SW
Room 5309, Cohen Building
Washington, DC 20201
(202) 260-3860 / Fax: (202) 401-1405

Counsel for Defendant


_____/s/_____
JACQUELINE E. BENNETT
DC Bar #474355
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 facsimile

Counsel for Plaintiff

5