IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN OHIO MEDICAL CENTER )<br>)<br>)<br>       Plaintiff,          )<br>)<br>   v.                         )<br>)<br>MICHAEL O. LEAVITT,    )<br>Secretary, United States Department of  )<br>Health and Human Services,    )<br>)<br>       Defendant.       )<br>) | Case No. 1:06CV00205 (GK) |

**<u>ORDER</u>**

UPON CONSIDERATION of the parties' Joint Motion for Stay of Proceedings, and seeing that good cause for such a stay exists, including the conservation of resources of the parties and the Court, it is hereby

ORDERED that the Joint Motion be granted, and it is further ORDERED that this case shall be administratively stayed pending a final non-appealable determination in the case of *Adena Regional Medical, et al. v. Leavitt*, Civil No. 0-2422 (GK) ("*Adena*"), or in the alternative, until the *Adena* case is otherwise dismissed.

Date: _____                    _____
                                   United States District Judge