# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SOUTHERN OHIO MEDICAL CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 06-0205 (RWR) |
| | ) | |
| MICHAEL O. LEAVITT, | ) | |
| Secretary, United States Department of | ) | |
| Health and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Christopher B. Harwood as counsel of record for Defendant and withdraw the

appearance of Assistant United States Attorney Megan L. Rose.

Dated: December 4, 2007                Respectfully submitted,


            /s/
MEGAN L. ROSE, NC Bar No. 28639


            /s/
CHRISTOPHER B. HARWOOD
N.Y. Bar No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372